### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 20-CR-20075-DDC/JPO |
| | ) |
| COLTON RAY DONNER, | ) |
| | ) |
| **Defendant.** | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Interference with Housing

On or about September 11, 2019, in the District of Kansas, the defendant,

### COLTON RAY DONNER,

did by force and threat of force, willfully injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with, D.H., an African American male juvenile whose identity is known to the Grand Jury, because of D.H.'s race and color and because D.H. was occupying a dwelling in Paola, Kansas; specifically, the defendant threatened D.H. with a knife while yelling racial slurs and saying that Paola was a "white" town. This offense involved the use, attempted use, and threatened use of a dangerous weapon. All in violation of Title 42, United States Code, Section 3631.

### COUNT 2

1

**Felon in Possession of a Firearm**

On or about October 12, 2019, in the District of Kansas, the defendant,

**COLTON RAY DONNER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (that is, that he had been convicted of vehicular eluding, in or about 2017, in the District Court of Chaffee County, Colorado), knowingly and unlawfully possessed in and affecting interstate and foreign commerce, a firearm, that is, a silver Charter Arms, .44 caliber SPL Bulldog Pug revolver, serial number 75028. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**<u>FORFEITURE NOTICE</u>**

1. Upon conviction of the offense identified in Count 2, the defendant,

**COLTON RAY DONNER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offense, including, but not limited to, a silver Charter Arms, .44 caliber SPL Bulldog Pug revolver, serial number 75028, and ammunition, seized by law enforcement, in the District of Kansas, on October 12, 2019.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. If any of the property described above, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: November 18, 2020                              *s/ Foreperson*
                                                                          FOREPERSON OF THE GRAND JURY


*s/ Tristram W. Hunt for*:                                  *s/ Anita T. Channapati for:*
STEPHEN R. MCALLISTER, Ks. S. Ct. No. 15845   ERIC DREIBAND
United States Attorney                                      Assistant Attorney General
District of Kansas                                            Civil Rights Division
500 State Ave., Suite 360                                 U.S. Department of Justice
Kansas City, KS 66101                                    950 Pennsylvania Ave. NW
(913) 551-6730                                                Washington, DC 20530
(913) 551-6541 (fax)                                        (202) 514-3847
Stephen.McAllister@usdoj.gov


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**Penalties:**

**Count 1 – Interference with Housing – Title 42, United States Code, Section 3631**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment

**Count 2 – Felon in Possession of a Firearm – Title 18, United States Code, Sections 922(g)(1) & 924(a)(2)**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.