IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES MARSHAL
RECEIVED

NOV 19 2020

KANSAS CITY, KS

| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>COLTON RAY DONNER,<br>56163-509   Defendant. | Case No.   20-CR-20075-DDC/JPO |

FILED
JUL 21 2021
TIMOTHY O'BRIEN CLERK
/as_____ Deputy

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

COLTON RAY DONNER, who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment              [ ] Superseding Indictment      [ ] Information
[ ] Superseding Information [ ] Complaint                   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Ct. 1: 42 U.S.C. § 3631 - Interference with Housing;
Ct. 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon In Possession of a Firearm;
Forfeiture Allegations

Date:   11/19/2020

City and State:   Kansas City, KS

s/ H. Onik
*Issuing officer's signature*
Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (*date*) 7/21/21, and the person was arrested on 07/21/21 (*date*)
at (*city and state*) PAOLA, KS.
Date:   7-21-2021

*Arresting officer's signature*

FBI TFO Derrick Wilczek
*Printed name and title*