ELECTRONICALLY FILED
2020 May 27 PM 1:17
CLERK OF THE MIAMI COUNTY DISTRICT COURT
CASE NUMBER: 2020-CR-000069

IN THE DISTRICT COURT OF MIAMI COUNTY, KANSAS
Courthouse, Paola, Kansas 66071

STATE OF KANSAS                                    Plaintiff

vs.                                                Case No. 2020-CR- 69

COLTON RAY DONNER, yob 1994                        Defendant
White; male, 511, 210, Blonde; Blue
SSN: XXX-XX-5671
Paola Police Department Case No. 20-1984
**Currently in Miami County Jail**

### COMPLAINT/INFORMATION

REBECCA S SILVERMINTZ, Assistant County Attorney, a duly appointed, qualified and acting County or District Attorney or assistant of said county and district, and for and on behalf of the said State being first duly sworn on oath gives the Court to understand and be informed:

### COUNT ONE
### [Domestic battery]

That on or about the 25th day of May, 2020, in Miami County, Kansas, Colton Ray Donner, then and there being present did unlawfully and knowingly cause physical contact in a rude, insulting or angry manner with Shirley M Carl and Susie Wiley, and the defendant and Shirley M Carl and Susie Wiley were family or household members as defined in K.S.A. 21-5414(c)(1). **In violation of K.S.A. 21-5414(a)(2), being a class B person misdemeanor, punishable by no more than 6 months in the county jail and a possible fine not less than $200 nor more than $500.**

Witnesses:
- Shirley M Carl
- Ronald Lynn Dowd
- Sgt. Zachary Mathies
- Dep. Justin White
- Susie Wiley
- Officer Mitchell Gabbert
- Officer Yessenia Rizo
- Sgt. Adam Wray

**Defendant shall have no contact with the witnesses above-named.
Violation of this order is punishable by contempt.**

_____
Complainant

Subscribed and sworn to before me this 27 day of May, 2020.

_Bonnie Gray_
Judge/Notary Public

Bonnie Gray
Notary Public - State of Kansas
My Appt. Expires 11/9/20

1